NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADEIA SEMICONDUCTOR TECHNOLOGIES LLC,**
*Appellant*

**v.**

**NVIDIA CORPORATION, SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, DBA ON SEMICONDUCTOR,**
*Appellees*

---

2022-1112, 2022-1113

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00602, IPR2020-00603.

---

**JUDGMENT**

---

RICHARD L. RAINEY, Covington & Burling LLP, Washington, DC, argued for appellant. Also represented by TAREK AUSTIN; NITIN SUBHEDAR, San Francisco, CA.

STANLEY JOSEPH PANIKOWSKI, III, DLA Piper US LLP, San Diego, CA, argued for appellee NVIDIA Corporation. Also represented by CLAYTON W. THOMPSON, II, YAKOV ZOLOTOREV, East Palo Alto, CA.

MICHAEL HAWES, Baker Botts LLP, Houston, TX, for appellee Semiconductor Components Industries, LLC. Also represented by ROGER FULGHUM; BRETT J. THOMPSEN, McDermott Will & Emery LLP, Austin, TX.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 22, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court